IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD C. ELINE, | ) | CIV. NO. 06-00682 ACK-LEK |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING ACTION |
| | ) | AND DENYING MOTION FOR |
| J. CRIVELLO, | ) | LEAVE TO PROCEED IN |
| | ) | FORMA PAUPERIS |
| Defendant. | ) | |
| _____ | ) | |

ORDER DISMISSING ACTION AND DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

On December 29, 2006, pro se Plaintiff Richard C. Eline, a Hawaii inmate incarcerated at Halawa Correctional Facility ("HCF"), located in Aiea, Hawaii, filed a civil rights complaint as well as a motion for leave to proceed *in forma pauperis*. For the following reasons, the court DENIES Eline's Motion and DISMISSES the action without prejudice pursuant to 28 U.S.C. § 1915(g).

Eline alleges that Defendant, J. Crivello, Supervisor of the Kulani Correctional Facility ("KCF") Garage, retaliated against him, while incarcerated at KCF, after he utilized the prison's administrative grievance process. (Compl. at 4.) Eline states that Defendant "reassigned" him, and also informed KCF security staff of Defendant's plan to confront Eline about his use of the prison grievance system so that the security staff would intervene and teach Eline a lesson. (Compl. at 5-6.)

The Prison Litigation Reform Act of 1995 ("PLRA"), provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

The PLRA requires that the court consider prisoner actions dismissed prior to, as well as after, its enactment.  Tierney v. Kupers, 128 F.3d 1310, 1312 (9th Cir. 1997).  The plain language of the statute requires the court to also consider all prior dismissed cases, regardless of where the case was dismissed, so long as the case was dismissed by "a court of the United States."  28 U.S.C. § 1915(g).

First, taking judicial notice of its own files and records, the court finds that Eline has had three or more prior prisoner actions dismissed as frivolous or for failure to state a claim.  See e.g., Eline v. Patterson Broadcasting, Civ. No. 97-00815 DAE (dismissed August 1, 1997); Eline v. China Normalization Initiative, Civ. No. 97-00893 ACK (dismissed August 1, 1997); Eline v. Kaneshiro, Civ. No.

97-00937 ACK (dismissed September 29, 1997).[1]  Eline does not allege or show that he is in imminent danger of serious physical injury.  Nor does it appear that Eline could make such a claim, based on the allegations in this Complaint.  As Eline has had three or more prior prisoner actions dismissed as frivolous or for failure to state a claim and because Eline does not allege or show that he is in imminent danger of serious physical injury, pursuant to 28 U.S.C. § 1915(g), Eline's Motion for Leave to Proceed In Forma Pauperis is DENIED and this action is DISMISSED without prejudice.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, January 4, 2007.



                                          Alan C. Kay
                                          Sr. United States District Judge

---

[1] Additionally, Eline has filed numerous other civil actions since 1993, all of which were dismissed for various reasons including failure to state a claim.  See e.g., Eline v. Kimoto, et al., Civ. No. 05-800 JMS; Eline v. Bishop Estate, Civ. No. 93-00317 HMF; Eline v. Iran, Civ. No. 93-00357 ACK; Eline v. Moon, Civ. No. 93-00373 HMF; Eline v. Sumner, Civ. No. 93-00471 HMF; Eline v. KDEO FM Radio, Civ. No. 93-00479 DAE; Eline v. Vanity Fair, Civ. No. 93-00560 DAE; Eline v. Shimizu, Civ. NO. 93-00770 HMF; Eline v. MTV Inc., Misc. No. 93-0018 DAE; Eline v. KPOI FM, Civ. No. 94-00656 HG; Eline v. Fox Television, Civ. No. 94-00680 ACK; Eline v. Perry, Civ. No 94-00814 ACK; Eline v. Santiago-Lopez, Civ. No. 95-00135 DAE; Eline v. Hall, Civ. No. 95-00408DAE; Eline v. Santiago-Lopez, Civ. No. 96-00001 DAE; Eline v. Frank, Civ. No. 96-00162 ACK; Eline v. Wagatsuma, Civ. No. 96-01048 ACK; Eline v. Wagatsuma, Civ. No. 97-00146 ACK; Eline v. Abbott, Civ. No. 98-00029 DAE; and Eline v. Penarosa, Civ. No. 98-00277HG.